# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jinu Anila Varghese

                                Plaintiff,

v.                                          Case No.: 1:13–cv–07199
                                          Honorable Andrea R. Wood

National Railroad Passenger Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2014:

        MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion to voluntarily dismiss with prejudice Defendant Commuter Rail Division of the Regional Transportation Authority and Illinois Regional Commuter Railroad Corporation (d/b/a as Metra) [31] is granted. That Defendant is dismissed with prejudice and is terminated as a named defendant. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.